**UNITED STATES of America**, Plaintiff–Appellee

v.

Jaime **SEGURA–MORENO**, Defendant–Appellant

No. 16–40107
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/25/2016

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX.

Jaime Segura–Moreno, Yazoo City, MS.

Before JONES, CLEMENT, and ELROD, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender appointed to represent Jaime Segura–Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Segura–Moreno has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Segura–Moreno's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

